Ron Tearia NICHOLAS, Petitioner–
Appellant,

v.

WARDEN OF KIRKLAND CORREC-
TIONAL INSTITUTION; South Car-
olina Department of Corrections;
Henry McMaster, Attorney General
for the State of South Carolina, Re-
spondents–Appellees.

No. 06–7589.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2007.

Decided: March 22, 2007.

Ron Tearia Nicholas, Appellant Pro Se.
Donald John Zelenka, Office of the Attor-
ney General of South Carolina, Columbia,
South Carolina, for Appellees.

Before MICHAEL, MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Ron Tearia Nicholas seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2254
(2000) petition. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that any assessment of the constitu-

tional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Nicholas has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*